UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BARKSDALE, | No. 2:15-cv-0964 DAD P |
| Petitioner, | |
| v. | ORDER |
| PONCE, Warden, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.

Upon review of petitioner's application for a writ of habeas corpus, the court observes that petitioner has not signed his petition.  "Application[s] for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.  See also Rules 1(b) & 2(c)(5) of the Rules Governing Section 2254 Cases; E.D. Cal. Local Rule 190.  By this order, the court will grant petitioner an opportunity to file a signed amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is dismissed;

2. Within thirty days of the date of service of this order petitioner shall file an amended petition that is signed and states all claims and prayers for relief on the form employed by this

1

court.  It must bear the case number assigned to this action and include the title "Amended Petition."  Failure to file an amended petition will result in dismissal of this action; and

    3.  The Clerk of the Court is directed to send petitioner the court's form for filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Dated:  June 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bark0964.amd