1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES BARKSDALE,                          No.  2:15-cv-0964 AC P (TEMP)

12                      Petitioner,

13            v.                                  ORDER TO SHOW CAUSE

14   PONCE, Warden,

15                      Respondent.

16

17          Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2241.  On October 5, 2015, counsel for respondent filed a motion

19   to dismiss.  To date, petitioner has not filed an opposition to the motion.  Local Rule 230(l)

20   provides in part:  "Failure of the responding party to file written opposition or to file a statement

21   of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

22          Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the

23   date of service of this order, petitioner shall show cause in writing why this court should not grant

24   the pending motion to dismiss the petition.  Petitioner is cautioned that failure to file an

25   ////

26   ////

27   ////

28   ////

                                                   1

1  opposition to the pending motion to dismiss or otherwise respond to this court's order will result

2  in a recommendation that this action be dismissed.

3  DATED: November 12, 2015

4  *Allison Claire*

   ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28